# GREENBERG FREEMAN LLP

> Application granted. The return date on the motion for a preliminary injunction is extended until January 22, 2021. The Clerk is instructed to terminate ECF No. 23.
>
> SO ORDERED.
>
> Dated: New York, NY
> January 19, 2021
>
> _____
> Philip M. Halpern, U.S.D.J.

**Michael A. Freeman**
freeman@greenbergfreeman.com

110 East 59th Street, 22nd Floor
New York, New York 10022
Tel 212.838.3121
Fax 212.838.5032
www.greenbergfreeman.com

January 19, 2021

***BY ECF***

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

      Re:   Spy Phone Labs LLC v. Monapp Calabs Limited et al.
              Case No. 7:20-cv-11017-PMH

Dear Judge Halpern:

      My firm represents plaintiff Spy Phone Labs LLC. I am writing, with the consent of counsel for defendants, to respectfully request that the pending motion for a preliminary injunction, returnable today, be held in abeyance in light of the parties having reached an agreement in principle to resolve their dispute and this action.

      At this point, counsel for the parties reasonably expect to be in position to submit a stipulation of dismissal by the end of the week. If anything changes, counsel will be update the Court promptly.

      We appreciate the Court's consideration of this request. Should the Court have any questions or require any additional information, please do not hesitate to contact us.

                          Respectfully submitted,

                          /s/ *Michael A. Freeman*

                          Michael A. Freeman

Cc:   Lauren Valli, Esq.
       Brett Lewis, Esq.
         (*both via ECF*)